ALAN A. DRESSLER, ESQ. (SBN #56916)
601 Montgomery St., Suite 850
San Francisco, California 94111
Tel.:      (415) 421-7980
Fax:      (415) 421-7021
E-mail :  alandressler@aol.com


Attorney for Defendant Laurence Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-527- RS-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | TO JUNE 6, 2017. |
| LAURENCE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The United States of America and defendant Laurence Lee, by and through their respective

counsel, hereby stipulate that:

The parties respectfully request that the defendant Laurence Lee's sentencing, currently

scheduled for May 23, 2017 at 2:30 p.m, be continued to June 6, 2017 at 2:30 p.m. The parties

will be prepared to file their sentencing memoranda on May 30, 2017.

This request is made to allow counsel for defendant Lee additional time to collect supporting

materials for use in preparation of his sentencing memorandum.

///

///

///

///

1    U.S. Probation Officer Jill Polish-Spitalieri has been consulted and is available on the

2    requested continuance date of June 6, 2017 at 2:30 p.m.

DATED: May 12,2017           Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

_____/s/_____
ALAN DRESSLER, Esq.
Attorney for Defendant Laurence Lee

ORDER

The sentencing hearing currently scheduled for May 23, 2017 at 2:30 p.m. is hereby

continued to June 6, 2017 at 2:30 p.m.

IT IS SO ORDERED.

DATED: May 15, 2017

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE